UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROSEMARY MAY OKERE, ) | CASE NO. C07-1267-RSM-MAT |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | ORDER DIRECTING PETITIONER'S |
| ) | COUNSEL TO REGISTER WITH ECF |
| MICHAEL CHERTOFF, et al., ) | |
| ) | |
| Respondents. ) | |
| _____ ) | |

On August 15, 2007, petitioner, proceeding through counsel, filed a Petition for Writ of Habeas Corpus, Dkt. #1, and a Motion for Stay of Removal, Dkt. #2, which the undersigned has recommended be denied, Dkt. #5. In confirming that a copy of the Report and Recommendation has been provided to all parties who had appeared in this case, the Court learned that petitioner's counsel has not registered with the Court's electronic filing system ("ECF"), and is therefore neither filing briefs electronically with the Court nor receiving electronic notification when new filings are submitted.

As of June 1, 2004, electronic filing became mandatory for all attorneys admitted to practice before this Court. *See* Rules of the United States District Court for the Western District

of Washington, at 1 and 30*.  Consequently, petitioner's counsel is in violation of the Court's Local Rule, and is hereby ORDERED to register with the Court's ECF system within ten (10) days of the date of this Order.  Once registered, petitioner's counsel shall file a brief statement in this case that will confirm to the Court and all counsel who have entered a Notice of Appearance that petitioner is able to receive electronic notification of all new filings.  Finally, all future pleadings in this case and any future cases filed by petitioner in this District shall be filed electronically.

To assist with registration and answer questions about ECF, counsel is directed to the Court's website: http://www.wawd.uscourts.gov and to the ECF User's Manual contained therein: http://www.wawd.uscourts.gov/ElectronicFiling/UsersManual.htm .  In addition, counsel may call the ECF helpdesk at (866) 323-9293 during normal court hours with any questions concerning registration or filing of pleadings.

A copy of this Order shall be provided to all counsel of record in this case and to the Honorable Ricardo S. Martinez.

DATED this 21st day of September, 2007.

Mary Alice Theiler
United States Magistrate Judge